| | |
|---|---|
| 1 | **CAROL ANN MOSES #164193** |
| 2 | Attorney at Law |
| | 7636 N. Ingram Ave., #104 |
| 3 | Fresno, California 93711 |
| | Telephone: (559) 449-9069 |
| 4 | Facsimile: (559) 513-8530 |
| 5 | Attorney for Defendant, Jeni Fries |

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 1:17-cr-00198-LJO-SKO |
| Plaintiff, | **WAIVER OF DEFENDANT'S PERSONAL APPEARANCE PURSUANT TO FEDERAL RULE 43; ORDER THEREON** |
| v. | |
| JENI FRIES, | |
| Defendant. | |

**TO THE ABOVE ENTITLED COURT:**

Pursuant to Fed. R. Crim. P. 43(b)(3), Defendant, JENI FRIES, having been advised of her right to be present at all stages of proceedings, hereby requests that this Court proceed in her absence on every occasion that the Court may permit, pursuant to this waiver. Defendant agrees that her interests shall be represented at all times by the presence of her attorney, CAROL ANN MOSES, the same as if Defendant were personally present, and requests that this Court allow her Attorney-in-fact to represent her interests at all times. Defendant further agrees that notice to Defendant's attorney requiring Defendant's presence will be deemed notice to the Defendant of the requirement of her appearance at that time and place.

///

///

///

Ms. FRIES will be beginning a new job and taking time off for a court appearance will jeopardize her continued work.

Assistant United States Attorney KIMBERLEY A. SANCHEZ does not object to the proposed Rule 43 waiver.

Dated: October 05, 2017  /s/ Jeni Fries
JENI FRIES

Dated: October 05, 2017  /s/ Carol Ann Moses
CAROL ANN MOSES
Attorney for Defendant,
JENI FRIES

**ORDER**

**GOOD CAUSE APPEARING,** Defendant's appearance in Case NO: 1:17-cr-00198-LJO-SKO may be waived at any and all non-substantive pretrial proceedings in accordance with Rule 43 of the Federal Rules of Criminal Procedure until further order of the Court.

IT IS SO ORDERED.

Dated: **October 5, 2017**   /s/ *Sheila K. Oberto*
UNITED STATES MAGISTRATE JUDGE

WAIVER OF DEFENDANT'S
PERSONAL APPEARANCE

2