| | |
|---|---|
| 1 | **CAROL ANN MOSES #164193** |
| 2 | Attorney at Law |
| | 575 East Alluvial, Ste. 105 |
| 3 | Fresno, California 93720 |
| | Telephone: (559) 449-9069 |
| 4 | Facsimile: (559) 513-8530 |
| 5 | Attorney for Defendant, JENI FRIES |

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 1:17-cr-00198-LJO-SKO |
| Plaintiff, | **MODIFICATION OF PRE-TRIAL CONDITIONS;** |
| v. | **STIPULATION AND REQUEST TO REMOVE LOCATION MONITOR;** |
| JENI FRIES, | [~~PROPOSED~~] **ORDER THEREON** |
| Defendant. | |

**TO THE ABOVE-ENTITLED COURT:**

**IT IS HEREBY STIPULATED** by and between Defendant, JENI FRIES, her attorney of record, CAROL ANN MOSES, and Assistant United States Attorney, KIMBERLY A. SANCHEZ, that the location monitor on Defendant is to be removed on October 11, 2017. United States Pre-Trial Services officer Ryan Beckwith and Elizabeth Gutierrez endorse the removal of the location monitor.

The request is based on JENI FRIES' satisfactory performance of conditions imposed on Pre-Trial release.

All other Pre-Trial Conditions of Release will stay in effect as previously ordered by the

Court.

Dated: October 09, 2017         By: /s/ Carol Ann Moses
                                    CAROL ANN MOSES
                                    Attorney for Defendant,
                                    JENI FRIES

Dated: October 09, 2017             PHILLIP A. TALBERT
                                    United States Attorney

                                    /s/ Kimberly A. Sanchez
                                    KIMBERLY A. SANCHEZ
                                    Assistant United States Attorney

## [~~PROPOSED~~] ORDER

For the reasons set forth above, the request for Pre-Trial modification of conditions of release is granted as to JENI FRIES in Case NO: 1:17-cr-00198-LJO-SKO.

IT IS SO ORDERED.

Dated:   **October 11, 2017**            /s/ *Barbara A. McAuliffe*
                                         UNITED STATES MAGISTRATE JUDGE