**CAROL ANN MOSES  #164193**
Attorney at Law
575 East Alluvial, Ste. 105
Fresno, California  93720
Telephone:  (559) 449-9069
Facsimile:    (559) 513-8530

Attorney for Defendant, JENI FRIES

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>JENI FRIES,<br><br>　　　　　Defendant. | CASE NO.  1:17-cr-00198-LJO-SKO<br><br>**STIPULATION TO VACATE TRIAL DATE & ORDER THEREON**<br><br>DATE:  MAY 7, 2019<br>TIME:   8:30 am<br>JUDGE: The Hon. Lawrence J. O'Neil |

**TO THE ABOVE-ENTITLED COURT:**

**IT IS HEREBY STIPULATED** by and between Defendant, JENI FRIES, her attorney of record, CAROL ANN MOSES, and Assistant United States Attorney, KIMBERLY A. SANCHEZ, that the trial date, currently scheduled for May 7, 2019, be vacated as to JENI FRIES only, based on the proposed agreement for a deferred prosecution, subject to this Court's approval.

Ms. Fries received the proposed agreement to resolve this matter Monday May 6, 2019 and has not yet spoken to her family about the proposal. It is anticipated she will sign and return the deferred prosecution agreement this afternoon or May 7, 2019. Ms. Fries lives out of state

with her family and will schedule a hearing based on the Court's convenience.

Based on the anticipated resolution of this matter, and the favorable outcome to Ms. Fries, it is mutually requested that the trial date of May 7, 2019 be vacated as to Ms. Fries only.

Dated: May 6, 2019      By: /s/ Carol Ann Moses

         CAROL ANN MOSES
         Attorney for Defendant,
         JENI FRIES

Dated: May 6, 2019      MCGREGOR SCOTT
         United States Attorney

         /s/ Kimberly A. Sanchez
         KIMBERLY A. SANCHEZ
         Assistant United States Attorney

**ORDER**

For the reasons set forth above, the mutual request to vacate the currently scheduled trial as to Defendant JENI FRIES only is granted and is therefore the order of this court in Case NO: 1:17-cr-00198-LJO-SKO.

IT IS SO ORDERED.

Dated: **May 7, 2019**      **/s/ Lawrence J. O'Neill**
         UNITED STATES CHIEF DISTRICT JUDGE