**CAROL ANN MOSES  #164193**
Attorney at Law
7636 N. Ingram Ave., #104
Fresno, California  93711
Telephone:  (559) 449-9069
Facsimile:    (559) 513-8530

carol@yosemitelawyer.com

Attorney for Defendant, JENI FRIES

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>           Plaintiff,<br><br>     v.<br><br>JENI FRIES,<br><br>          Defendant. | CASE NO. 1:17-cr-00198-LJO-SKO<br><br>**REQUEST FOR RULE 43 WAIVER**<br>**OF PERSONAL APPEARANCE AND FOR**<br>**VIDEO CONFERENCE REGARDING**<br>**DEFERRED PROSECUTION**<br>**AGREEMENT; ORDER**<br><br>Date: June 17, 2019<br>Time: 11:30am<br>Judge: Hon. Lawrence J. O'Neill |

Pursuant to Federal Rule of Criminal Procedure 43(b)(2), Defendant JENI FRIES, having been advised of her right to be present at all stages of proceedings, hereby requests this Court permit her to waive her right to personally appear for her hearing regarding her Deferred Prosecution Agreement, and be allowed to appear via video conference from United States District Court in Dallas, Texas. Ms. Fries agrees that her interests shall be represented at all times by the presence of her attorney, Carol Moses, the same as if she were personally present, and requests that this Court allow her attorney-in-fact to represent her interests at all times. The government does not object to this request.

Ms. Fries is charged with one count of 21 USC 841(a)(1) – knowingly or intentionally

1    manufacturing, distributing, or dispensing a controlled substance (methamphetamine) and one
2    count of 21 USC 841(a)(1) – Distribution of Methamphetamine.

3        Ms. Fries has been out of custody on Pre-Trial Release for approximately 20 months. She
4    and her two small children live with her mother and stepfather in Cedar Hill, Texas.

5        Ms. Fries has thrived in her new life. She attends counseling, works at various customer
6    service jobs, has become a great mom to her children and begins medical technician and medical
7    billing school on May 13, 2019 in Dallas, Texas.

8        Ms. Fries' current residence is in Cedar Hill, Texas, and travel to Fresno, California is
9    roughly a 2,660 mile round trip by airplane from Dallas Fort Worth International Airport, at an
10    estimated cost of $525.00. Additional costs include a taxi from the airport to a hotel and then back
11    to the airport, adding approximately $250.00. Ms. Fries struggles financially and begins school
12    this week. Traveling to Fresno creates a financial hardship and missing school will set her back
13    just as she barely begins her educational endeavor.

14    ///
15    ///
16    ///
17    ///
18    ///
19    ///
20    ///
21    ///
22    ///
23    ///
24    ///
25    ///
26    ///
27    ///
28    ///

Ms. Fries respectfully requests that the Court grant a waiver of her right and obligation to be personally present and that she be permitted to appear via video conference from the Earle Cabell Federal Building - U.S. District Court in Dallas, Texas, whose address is 1100 Commerce Street Dallas, TX 75242, and whose phone number is 214-753-2200, for her hearing regarding the Deferred Prosecution Agreement.

Dated:                                                  /s/ Carol Ann Moses
                                                         CAROL ANN MOSES
                                                         Attorney for Defendant,
                                                         JENI FRIES

## ORDER

GOOD CAUSE APPEARING, the above request for Defendant's waiver of personal appearance and request to appear via video conference at the hearing regarding her Deferred Prosecution Agreement in Case No. 1:17-cr-00198-LJO-SKO on a date to be scheduled at the convenience of the Court, is hereby accepted and adopted as the order of this Court.

Defense will be responsible with setting up the video appearance on each side of it with technology folks.

The hearing will be set for June 17, 2019 at 11:30am pacific standard time.

IT IS SO ORDERED.

Dated:  **May 14, 2019**              **/s/ Lawrence J. O'Neill**
                                      UNITED STATES CHIEF DISTRICT JUDGE