1 | **CAROL ANN MOSES #164193**
2 | Attorney at Law
3 | 7636 N. Ingram, Suite 104
  | Fresno, California 93711
  | Telephone: (559) 449-9069
4 | Facsimile: (559) 513-8530

5 | Attorney for Defendant, JENI FRIES

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 1:17-cr-00198-LJO-SKO |
|---|---|
| Plaintiff, | **STIPULATION TO EXCLUDE TIME; ORDER THEREON** |
| v. | |
| JENI FRIES, | **DATE:** August 12, 2019 |
| | **TIME:** 11:30 A.M. PST |
| Defendant. | **JUDGE:** The Hon. Lawrence J. O'Neill |

**TO THE ABOVE-ENTITLED COURT:**

**IT IS HEREBY STIPULATED** by and between Defendant, JENI FRIES, her attorney of record, CAROL ANN MOSES, and Assistant United States Attorney, KIMBERLY A. SANCHEZ, that the Deferred Prosecution Agreement hearing date be scheduled for August 12, 2019 at 11:30 A.M. PST.

///

///

///

///

The parties further agree that the delay resulting in this scheduled hearing shall be excluded in the interests of justice. Time is to be excluded under the Speedy Trial Act in that good cause exists and the ends of justice outweigh the interests of the public and the defendant's right to a speedy trial. This includes, but is not limited to, the need to reschedule the hearing due to the active shooter in Dallas, Texas on the date of the originally set Deferred Prosecution Agreement Hearing which resulted in the Earle Cabell Federal Building shut down, where Ms. Fries' court appearance via video conference was to be held.

Dated: June 19, 2019 /s/ Carol Ann Moses

CAROL ANN MOSES
Attorney for Defendant,
JENI FRIES

Dated: June 19, 2019 MCGREGOR SCOTT
United States Attorney

/s/ Kimberly A. Sanchez
KIMBERLY A. SANCHEZ
Assistant United States Attorney

**ORDER**

For the reasons set forth above, the mutual requests to continue the Deferred Prosecution Agreement hearing to August 12, 2019 at 11:30 A.M. PST and to exclude time as to Defendant JENI FRIES are granted for good cause. The Court finds the ends of justice outweigh the interests of the public and the defendant in a speedy trial and is therefore the order of this court in Case NO: 1:17-cr-00198-LJO-SKO.

IT IS SO ORDERED.

Dated: **June 21, 2019** /s/ Lawrence J. O'Neill
UNITED STATES CHIEF DISTRICT JUDGE

STIPULATION TO EXCLUDE TIME
AND PROPOSED ORDER THEREON.
CASE NO. 1:17-cr-00198-LJO-SKO

2