McGREGOR W. SCOTT
United States Attorney
KIMBERLY A. SANCHEZ
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                Plaintiff,<br><br>        v.<br><br>JENI FRIES,<br><br>                Defendant. | CASE NO. 1:17-CR-00198 LJO-SKO<br><br>ORDER ON MOTION TO DISMISS<br><br>(Fed. R. Crim. P. 48(a)) |

O R D E R

Pursuant to the government's motion, IT IS HEREBY ORDERED that the complaint in the above-entitled case be dismissed as to JENI FRIES with prejudice.

IT IS SO ORDERED.

Dated: **February 5, 2021**

_____
UNITED STATES DISTRICT JUDGE

MOTION TO DISMISS

1